IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID L. MOORE,

     Petitioner,

vs.                                CASE NO. 5:06cv150/RS

RANDALL BRYANT,

     Respondent.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 15). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Doc. 12) is granted.

3. The Amended Petition for Writ of Habeas Corpus (Doc. 6) is dismissed with prejudice as untimely.

ORDERED on March 14, 2007.

                       /S/ Richard Smoak
                       **RICHARD SMOAK**
                       **UNITED STATES DISTRICT JUDGE**